IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>Brian D. Gouldrup<br>    Debtor | § § § § | CASE NO. 08-11700 |
| Bank of America<br>its successors and/or assigns<br>    Movant | § § § § | CHAPTER NO. 13 |
| VS. | § § | |
| Brian D. Gouldrup<br>Carolyn Bankowski, Trustee<br>    Respondents | § § § § § § | Hearing Date:<br>Hearing Time: |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, Bank of America, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

ORDERED that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001 (a)(3), to permit said creditor, its successors and/or assigns to institute foreclosure proceedings and to otherwise take action regarding the real property known and numbered as 55 Williams Street, Unit 102, Taunton, Bristol County, Massachusetts and further identified in Bank of America's Motion for Relief from the Automatic Stay.

Signed this _____ day of _____, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE