DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 632599)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

BRIAN D. GOULDRUP,

Debtor.

ORDER GRANTING RELIEF FROM
AUTOMATIC STAY PURSUANT
TO 11 U.S.C. SECTION 362(d)(1)

Case No. 08-11700-JNF
(Chapter 13)

Assigned Judge:
Hon. Joan N. Feeney

Creditor, AmeriCredit Financial Services, Inc., having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein,

UPON reading and filing the Notice and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated February 27, 2009, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, on motion of AmeriCredit Financial Services, Inc., by its counsel, Deily, Mooney & Glastetter, LLP, it is hereby

ORDERED, that pursuant to 11 U.S.C. Section 362(d)(1) the Motion of creditor, AmeriCredit Financial Services, Inc., for Relief from Automatic Stay be, and the same hereby is, granted; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, AmeriCredit Financial Services, Inc., pursuant to applicable state and federal law, to obtain possession and dispose of its collateral in accordance with applicable law; namely, one (1) 2003 Lexus LS-V8 (V.I.N. JTHBN30F130103723); and it is further

ORDERED, that all surplus monies, if any, obtained by AmeriCredit Financial Services, Inc. after liquidation of the collateral and satisfaction of its lien, shall be remitted to the Trustee.

DATED:    Boston, Massachusetts
March 19, 2009

*/s/ Joan N. Feeney*

Hon. Joan N. Feeney
United States Bankruptcy Judge
District of Massachusetts

ENTER:

09.01364

7