UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: __Brian Gouldrup__          Chapter 13
Debtor,                              Case No. __08-11700 - JNF__

## AGREED ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

THIS CAUSE CAME ON FOR CONSIDERATION on the Chapter 13 Trustee's motion to dismiss ("Motion") the case of the above captioned debtor(s), and it appearing that the parties have reached an agreement as to the Motion, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

_Debtor to file amended plan that addresses issues in Motion to dismiss within 30 days or dismissal on Affidavit of Non-Compliance_

ORDERED that this order is without prejudice as to the Trustee or the United States Trustee's right to be heard on any matter within their purview, by written pleading or otherwise.

Signed at Boston, Massachusetts, this __8th__ day of __October__, 2009.

_/s/ Joan N. Feeney_
United States Bankruptcy Judge

AGREED TO AS TO SUBSTANCE AND FORM:

Carolyn A. Bankowski                  By Debtor/Debtor's Attorney,
Standing Chapter 13 Trustee

By: _/s/_
Carolyn A. Bankowski (BBO #631056)
Patricia A. Remer (BBO #639594)
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114-0033
(617) 723-1313

*All plan payments must be received at P.O. Box 1131, Memphis, TN 38101-1131 by the date indicated.
Unless otherwise noted, the arrearage amount does not include the current month.*