UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>BRIAN D. GOULDRUP ,<br><div align="right">Debtor</div> | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 08-11700 JNF |

### MOTION OF DEBTOR FOR AN EXTENSION OF TIME

The Debtor, Brian D. Gouldrup, hereby moves this honorable Court, for an extension of time within which to file an amended plan pursuant to the Agreed Order Regarding Trustee's Motion to Dismiss ("Agreed Order") dated October 8, 2009. As grounds therefore, the Debtor states that on October 22, 2009 the property located at 55 Williams Street, Unit 102, The Village at Moorlands Condominium, Taunton, MA was sold at public auction to a third party by Residential Funding Company LLC f/k/a Residential Funding Corporation. The closing is to be held within thirty days of October 22, 2009 at which time the sale price will be disclosed allowing the debtor to determine the amount of any deficiencies that may be due to secured creditors if any.

An extension of time to file an amended plan will allow the Debtor to address the issues in the Chapter 13 Trustee's Motion to Dismiss as well as account for any deficiencies related to the property at once thereby eliminating the necessity of a subsequent amendment.

Wherefore, the debtor respectfully requests that the court extend the time for filing

an amended plan pursuant to the Agreed Order by an additional thirty days.


Brian D. Gouldrup, Debtor
By his Attorney,


Date:  11/5/09                    /s/ Kenneth C. Ackerman
                                  Kenneth C. Ackerman BBO#659755
                                  Ackerman Law Offices
                                  4 Longfellow Place
                                  Suite 3703
                                  Boston, MA 02114
                                  617-933-9440
                                  kca@kcackermanlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:
BRIAN D. GOULDRUP,
      Debtor

IN PROCEEDINGS UNDER
CHAPTER 13
CASE NO. 08-11700-JNF

## CERTIFICATE OF SERVICE

  I, Kenneth C. Ackerman, hereby certify that I have this day served a copy of the Motion of Debtor for an Extension of Time on the persons listed below, by first-class mail postage paid and/or electronic notice.

Date:  <u>November 5, 2009</u>

/s/ Kenneth C. Ackerman_____
Kenneth C. Ackerman
Ackerman Law Offices
4 Longfellow Place
Suite 3703
Boston, MA 02114
(617) 933-9440
kca@kcackermanlaw.com

Persons served:

Brian D. Gouldrup
2 Sage Lane
S. Easton, MA 02375

Carolyn A. Bankowski, Esq.
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114

John Fitzgerald
Office of the US Trustee
10 Causeway Street
Boston, MA 02222